# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES ANTHONY DAVIS,
     Appellant,
     vs.
DWIGHT NEVEN, WARDEN,
     Respondent.

No. 69358

**FILED**

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order denying a petition for a writ of habeas corpus challenging the calculation of credits. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Appellant has filed a pro se letter indicating that he "did not appeal anything with this case number." We elect to treat the letter as a motion to voluntarily withdraw the appeal and we grant it. NRAP 42(b). We

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____ J.
Gibbons

cc: Hon. Linda Marie Bell, District Judge
   James Anthony Davis
   Attorney General/Carson City
   Clark County District Attorney
   Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-07064